UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MING HAO XUE a/k/a TOMMY XUE,

        Plaintiff,        Case No. 4:24-cv-12569-FKB-KGA
                                          Hon. F. Kay Behm

vs.

CULTURE PULSE, INC.,
Successor by Merger to AMPLIFY CREATIVE
GROUP, INC., a dissolved California corporation,

        Defendant.
_____/

| James C. Baker (P62668) | Devin W. Bone (P78853) |
| Attorney for Plaintiff | Matthew J. Enright (P85951) |
| STERLING ATTORNEYS AT LAW, P.C. | PAESANO AKKASHIAN, P.C. |
| 33 Bloomfield Hills Pkwy., Ste. 250 | Attorneys for Defendant |
| Bloomfield Hills, MI 48304 | 7457 Franklin Road, Suite 200 |
| (248) 644-1500 | Bloomfield Hills, MI 48301 |
| jbaker@sterlingattorneys.com | (248) 792-6886 |
| | dbone@palawyers.com |
| | menright@palawyers.com |

_____/

## CONSENT JUDGMENT AND ORDER

      WHEREAS, Plaintiff Ming Hao Xue a/k/a Tommy Xue, and Defendant Culture Pulse, Inc. (collectively the "parties"), have settled this matter pursuant to their mutual agreement, the terms of which are the substance of this Judgment and Order, with the Court being otherwise fully advised in the premises;

      WHEREAS Plaintiff filed this lawsuit claiming Defendant, his employer, breached its contract with Plaintiff by failing and refusing to pay him wages,

salary, and other earnings owed to him for his performance of his job duties to and for the benefit of Culture Pulse, Inc. and others;

WHEREAS Plaintiff claims he is owed $83,333.40 in unpaid wages, calculated as $4,166.67 times the twenty (20) pay periods Plaintiff was not paid;

WHEREAS Plaintiff also sought compensation for health care premiums he paid for which Defendant had the duty to reimburse him, the total healthcare reimbursement being $582.56 per months for eight (8) months, or $4,660.46;

WHEREAS Plaintiff also claimed Defendant breached its contractual duty to pay him the monetary value of 300,000 shares of stock in the corporation;

WHEREAS Plaintiff sought alternative relief claiming quantum meruit and unjust enrichment;

WHEREAS Defendant answered the lawsuit denying owing Plaintiff any compensation, and denying the equitable claims Plaintiff asserted;

WHEREAS the parties have agreed to resolve this dispute by entering into a Consent Judgment for the value of the unpaid wages ($83,333.40), the total value of healthcare reimbursement claimed ($4,660.46), and an agreed value for the shares of stock ($12,006.14), and hereby ask this Court to enter an Order memorializing the agreements of the parties by Judgment rendered.

NOW THEREFORE,

IT IS HEREBY ORDERED that a Consent Judgment totaling $100,000.00 shall enter in favor of Plaintiff, Ming Hao Xue a/k/a Tommy Xue, against Defendant, Culture Pusle, Inc.;

IT IS HEREBY FURTHER ORDERED that by its agreement hereto, Defendant Culture Pulse, Inc. hereby waives any and all statutory or other appeal rights relative to this Consent Judgment, such that this Judgment shall become effective and enforceable upon entry;

IT IS HEREBY FURTHER ORDERED that this is a final Judgment resolving all outstanding claims, with the Court retaining jurisdiction to enforce this Judgment and to adjudicate any other dispute arising out of, or in connection with, this Judgment and Order;

IT IS SO ORDERED.

Dated: September 22, 2025

s/F. Kay Behm
F. Kay Behm
United States District Judge

Stipulated as to form and content and notice of entry waived, the signatories below are authorized to bind the parties to this Consent Judgment and Order:

| /s/ James C. Baker (P62668) | /s/ Devin W. Bone (P78853) |
| --- | --- |
| James C. Baker (P62668) | Devin W. Bone (P78853) |
| Attorney for Plaintiff | Attorney for Defendant |
| STERLING ATTORNEYS AT LAW, P.C. | PAESANO AKKASHIAN, P.C. |
| 33 Bloomfield Hills Pkwy., Ste. 250 | 7457 Franklin Road, Suite 200 |
| Bloomfield Hills, MI 48304 | Bloomfield Hills, MI 48301 |
| (248) 644-1500 | (248) 792-6886 |
| jbaker@sterlingattorneys.com | dbone@palawyers.com |